UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| *Alyssa Degati v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10535-DRH |
| *Kristin Eisenzopf v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10099-DRH |
| *Jacquelyn Krook v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12824-DRH |
| *Sarah La Due v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12825-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 4, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          Deputy Clerk

**Dated:**  June 6, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.06
10:42:03 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**